**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kenneth A. Imes Jr.                        CHAPTER 7
       Michelle L. Imes

            Debtor(s)                            BKY. NO. 24-14566 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                      /s/ *Denise Carlon*
                                      Denise Carlon
                                      30 Dec 2024, 14:40:06, EST

                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106-1532
                               (215) 627-1322