Certificate Number: 12433-PAE-DE-039261348

Bankruptcy Case Number: 24-14566



12433-PAE-DE-039261348

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 21, 2025</u>, at <u>1:05</u> o'clock <u>PM EST</u>, <u>Kenneth A. Imes, Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 21, 2025</u>          By:    <u>/s/Lisa Susoev</u>

                            Name:  <u>Lisa Susoev</u>

                            Title:  <u>Teacher</u>