Certificate Number: 12433-PAE-DE-039261349

Bankruptcy Case Number: 24-14566



12433-PAE-DE-039261349

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 21, 2025, at 1:05 o'clock PM EST, Michelle L. Buser completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 21, 2025          By:   /s/Lisa Susoev

                                 Name: Lisa Susoev

                                 Title: Teacher