United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 24-14566-pmm

Kenneth A. Imes, Jr.  Chapter 7

Michelle L. Imes

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 2
Date Rcvd: Jan 29, 2025  Form ID: 139  Total Noticed: 14

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth A. Imes, Jr., Michelle L. Imes, 6561 Perkiomen Avenue, Birdsboro, PA 19508-9120 |
| 14962901 | + | Ed and Maria Satiro, PO Box 431, Birdsboro, PA 19508-0431 |
| 14962904 | + | Loan Depot, PO Box 3004, Monroe, WI 53566-8304 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 30 2025 00:17:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 30 2025 00:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14962899 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 30 2025 00:16:00 | Citizens Bank, PO Box 42010, Providence, RI 02940-2010 |
| 14962898 | + | Email/Text: bknotice@raslavrar.com | Jan 30 2025 00:17:00 | Citibank, c/o RAS LaVrar, LLC, 425 Commerce Drive Suite 150, Fort Washington, PA 19034-2727 |
| 14962900 | | Email/Text: bankruptcy@diamondcu.com | Jan 30 2025 00:17:00 | Diamond Credit Union, 1600 Medical Dr., Pottstown, PA 19464 |
| 14962903 | + | EDI: LCIICSYSTEM | Jan 30 2025 05:08:00 | IC Systems Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14962897 | | EDI: JPMORGANCHASE | Jan 30 2025 05:08:00 | Chase Bank, PO Box 15123, Wilmington, DE 19850 |
| 14962905 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 30 2025 00:17:00 | Nelnet, PO BOX 82561, Lincoln, NE 68501-2561 |
| 14962906 | + | Email/Text: ngisupport@radiusgs.com | Jan 30 2025 00:17:00 | Radius Global, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14962907 | | EDI: SYNC | Jan 30 2025 05:08:00 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 14964376 | ^ | MEBN | Jan 30 2025 00:08:02 | loanDepot.com, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**    **Bypass Reason**    **Name and Address**

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jan 29, 2025 | Form ID: 139 | Total Noticed: 14

| | | |
|---|---|---|
| 14962895 | | Achieve |
| 14962896 | | Bankers Healthcare Group |
| 14962902 | | Freedom Plus |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Kenneth A. Imes Jr. NO1JTB@juno.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Joint Debtor Michelle L. Imes NO1JTB@juno.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:  Kenneth A. Imes, Jr. and Michelle L. Imes
6561 Perkiomen Avenue
Birdsboro, PA 19508

Debtor(s)                                                                                      Case No: 24−14566−pmm

                                                                                                             Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−3845
xxx−xx−5069

_____

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 5/2/25

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 1/29/25

14
Form 139