UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Kenneth Imes and Michelle Imes    :    Chapter 7
    :
    Debtors    :    Case No.: 24-14566

## MOTION TO WITHDRAW CHAPTER 7 CASE

**COMES NOW**, Joseph T Bambrick Jr. counsel for the Debtors, Kenneth and Michelle Imes, who hereby files this Motion to Withdraw says the following:

1. The Debtor are Kenneth and Michelle Imes who files this motion to withdraw their chapter 7 case.

2. An issue has arisen concerning whether or not the debtors are able to retain their home as a result of the bankruptcy file.

3. As a result of the lack of protection for the debtor, as a result of not being protected by the automatic stay and the trustee action in attempting to cease the debtors' home , the debtors wishes to withdraw from the instant bankruptcy action and will accept the responsibility to have to deal with the creditors.

**WHEREFORE**, for all the above reasons, counsel respectfully prays this Honorable Court to:

    a)    File to withdraw their bankruptcy petition and to terminate their case; and

    b)    Grant such other relief as this court deems fitting and just.

**Respectfully submitted by,**

Dated: February 4, 2025    /s/Joseph Bambrick
**JOSEPH T. BAMBRICK JR, ESQUIRE**
**529 READING AVENUE**
**WEST READING PA  19611**
**Phone 610/372-6400**
**Fax 610/372/9483**