**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kenneth and Michelle Imes** | : | **Chapter 7** |
| | : | |
| **Debtor** | : | **Case No.: 24-14566** |

## <u>ORDER</u>

*AND NOW*, upon consideration the Motion to Withdraw, it is **ORDERED** and

**DECREED** that the Motion to Withdraw as Counsel is **GRANTED**.

**BY THE COURT:**

_____
**Patricia M. Mayer,**
**U.S. BANKRTUPCY JUDGE**