### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| **Kenneth and Michelle Imes,** | : | |
| Debtors. | : | Case No. 24-14566 (PMM) |

### ORDER SCHEDULING HEARING

**AND NOW** upon consideration of the Debtors' Motion to Dismiss (doc. #18, the "Motion") and the chapter 7 Trustee's Objection thereto (doc. #20);

It is hereby **ordered** that a hearing with regard to the Motion is scheduled for **Tuesday, February 25, 2025 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601; and

It is further **ordered** that the Trustee, Debtors' counsel, and the Debtors **shall appear in person** at the hearing.

Dated: 2/5/25

*Patricia M. Mayer*

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge