United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14566-pmm |
| Kenneth A. Imes, Jr. | Chapter 7 |
| Michelle L. Imes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 05, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth A. Imes, Jr., 6561 Perkiomen Avenue, Birdsboro, PA 19508-9120 |
| jdb | + | Michelle L. Imes, 6561 Perkiomen Avenue, Birdsboro, PA 19508-9120 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 07, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Kenneth A. Imes  Jr. NO1JTB@juno.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Joint Debtor Michelle L. Imes NO1JTB@juno.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Feb 05, 2025 | Form ID: pdf900 | Total Noticed: 2

ROBERT W. SEITZER
    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| **Kenneth and Michelle Imes,** | : | |
| Debtors. | : | Case No. 24-14566 (PMM) |

## ORDER SCHEDULING HEARING

**AND NOW** upon consideration of the Debtors' Motion to Dismiss (doc. #18, the "Motion") and the chapter 7 Trustee's Objection thereto (doc. #20);

It is hereby **ordered** that a hearing with regard to the Motion is scheduled for **Tuesday, February 25, 2025 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601; and

It is further **ordered** that the Trustee, Debtors' counsel, and the Debtors **shall appear in person** at the hearing.

Dated: 2/5/25

_/s/ Patricia M. Mayer_

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge