# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13

Kenneth A. Imes, Jr. and
Michelle L. Imes, :

Debtors. : Case No. 24-14566 (PMM)

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Withdraw Chapter 7 Case (doc. #18, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on February 25, 2025;

AND for the reasons stated on the record at the hearing;

It is hereby **ordered** that the Motion is **denied**.

Dated: 2/25/25

*/Patricia M. Mayer/*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**