UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** Kenneth A. Imes, Jr. and Michelle L. Imes, | : | Chapter 7 |
| | : | |
| | : | Case No. 24-14566 (PMM) |
| | : | |
| **Debtors.** | : | |

### ORDER TO SHOW CAUSE

**AND NOW**, the Debtors in this case being represented by Joseph T. Bambrick, Esq. ("Counsel");

BUT Counsel having failed to appear at the hearing with regard to the Debtors' Motion to Withdraw Chapter 7 Case (doc. #18), held and concluded on February 25, 2025;

AND one of the Debtors (Mr. Imes) having appeared at the hearing without the benefit of having counsel present;

AND Mr. Imes' statements at the hearing indicating that Counsel may be failing adequately to communicate with and to represent the interests of the Debtors;

AND the Debtors having paid Counsel $670.00 for services rendered in connection with this case, see doc. #1 at p.45;

AND pursuant to 11 U.S.C. §329(e), the Court may order a return of payment if such compensation "exceeds the reasonable value of any such services;"

AND it appearing that the payment to Counsel may exceed the value of services;

It is therefore hereby **ORDERED**, that the **Debtors' Counsel shall appear** for a hearing on **Tuesday, April 1, 2025 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, **19601** and **show cause why his fees in this case should not be disgorged**.

Date:   2/25/25

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Kenneth and Michelle Imes
6561 Perkiomen Avenue
Birdsboro, PA 19508