IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| KENNETH A. IMES, JR. | : | BANKRUPTCY NO. 24-14566 (PMM) |
| and MICHELLE L. IMES | : | |
| | : | |
| Debtors | : | |
| | : | |

ORDER APPROVING APPLICATION OF
CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE,
TO EMPLOY RE/MAX OF READING AS BROKER

**AND NOW**, upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), to Employ RE/MAX of Reading (the "Broker") as Broker Pursuant to 11 U.S.C. § 327 and Fed. R. Bankr. P. 2014 (the "Application"), and the Court being satisfied that the Broker has no interest adverse to the Debtors or the Debtors' estate with respect to the matters for which it is to be employed, and further that the Broker's retention is in the best interest of the creditors, it is hereby

**ORDERED**, that the Trustee is authorized to employ the Broker as of the date of the Application to market and sell the Property (as defined in the Application) and upon the terms and conditions therein set forth; it is further

**ORDERED**, that the Broker shall be entitled to be compensated for its services at the rate set forth in the Application and the Verified Statement of David Decembrino; and it is further

**ORDERED**, that the Broker's fees are subject to and conditioned upon the approval of this Court pursuant to 11 U.S.C. § 330 and in accordance with *In Re Busy Beaver Building Centers, Inc.*, 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

*Patricia M. Mayer*

Dated: 3/10/25

PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE