United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-14566-pmm

Kenneth A. Imes, Jr.                                                          Chapter 7

Michelle L. Imes

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 04, 2025 | Form ID: 318 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth A. Imes, Jr., Michelle L. Imes, 6561 Perkiomen Avenue, Birdsboro, PA 19508-9120 |
| 14962901 | + | Ed and Maria Satiro, PO Box 431, Birdsboro, PA 19508-0431 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 05 2025 01:31:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 05 2025 01:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14962899 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 05 2025 01:31:00 | Citizens Bank, PO Box 42010, Providence, RI 02940-2010 |
| 14962897 | + | EDI: JPMORGANCHASE | Apr 05 2025 05:21:00 | Chase Bank, PO Box 15123, Wilmington, DE 19850-5123 |
| 14962898 | + | Email/Text: bknotice@raslavrar.com | Apr 05 2025 01:31:00 | Citibank, c/o RAS LaVrar, LLC, 425 Commerce Drive Suite 150, Fort Washington, PA 19034-2727 |
| 14962900 | | Email/Text: bankruptcy@diamondcu.com | Apr 05 2025 01:31:00 | Diamond Credit Union, 1600 Medical Dr., Pottstown, PA 19464 |
| 14962903 | + | EDI: LCIICSYSTEM | Apr 05 2025 05:21:00 | IC Systems Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14981595 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 05 2025 01:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14974704 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2025 01:41:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14962904 | ^ | MEBN | Apr 05 2025 01:22:23 | Loan Depot, PO Box 3004, Monroe, WI 53566-8304 |
| 14962905 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 05 2025 01:31:00 | Nelnet, PO BOX 82561, Lincoln, NE 68501-2561 |
| 14962906 | + | Email/Text: ngisupport@radiusgs.com | Apr 05 2025 01:31:00 | Radius Global, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14962907 | | EDI: SYNC | Apr 05 2025 05:21:00 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 14977083 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 05 2025 01:31:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14991578 | + | EDI: AIS.COM | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 04, 2025 | Form ID: 318 | Total Noticed: 17 |

Apr 05 2025 05:21:00    Verizon, by AIS InfoSource LP as agent, 4515 N
Santa Fe Ave, Oklahoma City, OK 73118-7901

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14962895 | | Achieve |
| 14962896 | | Bankers Healthcare Group |
| 14962902 | | Freedom Plus |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Kenneth A. Imes  Jr. NO1JTB@juno.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Joint Debtor Michelle L. Imes NO1JTB@juno.com |
| ROBERT W. SEITZER | on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

| | |
|---|---|
| **Information to identify the case:** | |

Debtor 1    **Kenneth A. Imes Jr.**

First Name   Middle Name   Last Name

Social Security number or ITIN   xxx–xx–3845

EIN   _ _ – _ _ _ _ _ _ _

Debtor 2    **Michelle L. Imes**

(Spouse, if filing)

First Name   Middle Name   Last Name

Social Security number or ITIN   xxx–xx–5069

EIN   _ _ – _ _ _ _ _ _ _

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   **24–14566–pmm**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kenneth A. Imes Jr.

Michelle L. Imes

4/3/25

**By the court:** <u>Patricia M. Mayer</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2