**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | |
| Kenneth and Michelle Imes, | : | Chapter 7 |
| | : | |
| Debtor | : | Bankruptcy No: 24-14566 |

**CERTIFICATE OF SERVICE**

I, Kymberlin Monserrate Lacosta, Paralegal for the Law Firm of Joseph T. Bambrick, Jr., hereby certify that I served a true and correct copy of the Debtors' Answer to the Objection of the Chapter 7 Trustee to the Debtors' Claim of Exemptions on this 10th day of April, 2025:

**UNITED STATES TRUSTEE**
U.S. Trustee's Office
Via ECF: **USTPRegion03.PH.ECF@usdoj.gov**

**ATTORNEY FOR THE TRUSTEE**
Robert Seitzer, Esquire
rseitzer@karalislaw.com
1900 Spruce Street
Philadelphia, PA 19103
(215)-546-4500

**DEBTORS**
Kenneth and Michelle Imes
616 West 2nd Street
Birdsboro, PA 19508

**CHAPTER 7 TRUSTEE**
Christine Shubert, Esquire
christine.shubert@bmstrustee.onmicrosoft.com

/s/*Kymberlin Monserrate Lacosta*
Kymberlin Monserrate Lacosta