IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| KENNETH A. IMES, JR. and MICHELLE L. IMES | : | BANKRUPTCY NO. 24-14566 (PMM) |
| Debtors | : | |

## ORDER

AND NOW, upon consideration of the Objection of Christine C. Shubert, Chapter 7 Trustee, to the Debtors' Claim of Exemption (the "Objection")[1]; it is hereby **ORDERED** that:

1. The Objection is **SUSTAINED**.

2. Mr. Imes' exemption claimed in the Real Property is allowed in the total amount of $15,425.00 pursuant to 11 U.S.C. § 522(d)(5).

BY THE COURT:

Dated: **April 15, 2025**

/s/ Patricia M. Mayer
_____
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.