IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| KENNETH A. IMES, JR.<br>and MICHELLE L. IMES | BANKRUPTCY NO. 24-14566 (PMM) |
| Debtors | |

## ORDER

**AND NOW**, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), for Entry of an Order (I) Compelling Debtors to Provide Access to Residential Real Property Located at 616 West 2nd Street, Birdsboro, PA 19508 (the "Real Property") Pursuant to 11 U.S.C. §§ 105(a), 521(a)(3), (a)(4) and 542(a) and (II) Granting Related Relief (the "Motion"), and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors shall permit access to the Real Property to the Trustee and her agents including, but not limited to, a real estate broker for the purpose of showing the Real Property to prospective purchasers between the hours of 9:00 a.m. and 7:00 p.m. Monday through Saturday upon providing the Debtors with a twenty-four (24) hour notification of the showing.

3. The Trustee may attach a "lock box" to each entry door of the Real Property to be utilized by a real estate broker.

4. The Debtors shall surrender keys to the Real Property to the Trustee, or her agents, for the purpose of showing the Real Property in accordance with the terms of this Order.

5. In the event the Debtors fail to provide the Trustee, or her agents, with keys to the Real Property, the Trustee, or her agents, are authorized to change the locks on the entry doors to the Real Property and provide the Debtors with a copy of the keys.

6. This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

BY THE COURT:

Dated: **April 15, 2025**

*/s/ Patricia M. Mayer/*

PATRICIA M. MAYER,
UNITED STATE BANKRUPTCY JUDGE