IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :        Chapter 7

**Kenneth A. and Michelle L. Imes,**                :

        Debtors.                                :        Case No. 24-14566 (PMM)

## ORDER

**AND NOW**, it having been determined that the Debtors sought conversion to chapter 13 in their Response to Motion to Compel (doc. #42, the portion seeking conversion being referred to as the "Motion to Convert");

AND an evidentiary hearing with regard to the Motion to Convert having been held and concluded on April 15, 2025;

It is hereby **ordered** that the Motion to Convert is **denied**.

Dated: 4/15/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**