United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14566-pmm |
| Kenneth A. Imes, Jr. | Chapter 7 |
| Michelle L. Imes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 16, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth A. Imes, Jr., Michelle L. Imes, 6561 Perkiomen Avenue, Birdsboro, PA 19508-9120 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Kenneth A. Imes Jr. NO1JTB@juno.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Joint Debtor Michelle L. Imes NO1JTB@juno.com |
| ROBERT W. SEITZER | on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 16, 2025 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **KENNETH A. IMES, JR.** | : | **BANKRUPTCY NO. 24-14566 (PMM)** |
| **and MICHELLE L. IMES** | : | |
| | : | |
| **Debtors** | : | |
| | : | |

### ORDER

AND NOW, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), for Entry of an Order (I) Compelling Debtors to Provide Access to Residential Real Property Located at 616 West 2nd Street, Birdsboro, PA 19508 (the "Real Property") Pursuant to 11 U.S.C. §§ 105(a), 521(a)(3), (a)(4) and 542(a) and (II) Granting Related Relief (the "Motion"), and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors shall permit access to the Real Property to the Trustee and her agents including, but not limited to, a real estate broker for the purpose of showing the Real Property to prospective purchasers between the hours of 9:00 a.m. and 7:00 p.m. Monday through Saturday upon providing the Debtors with a twenty-four (24) hour notification of the showing.

3. The Trustee may attach a "lock box" to each entry door of the Real Property to be utilized by a real estate broker.

4. The Debtors shall surrender keys to the Real Property to the Trustee, or her agents, for the purpose of showing the Real Property in accordance with the terms of this Order.

5. In the event the Debtors fail to provide the Trustee, or her agents, with keys to the Real Property, the Trustee, or her agents, are authorized to change the locks on the entry doors to the Real Property and provide the Debtors with a copy of the keys.

6.    This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

BY THE COURT:

Dated: **April 15, 2025**

*/Patricia M. Mayer/*

PATRICIA M. MAYER,
UNITED STATE BANKRUPTCY JUDGE

2