**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| KENNETH IMES, | : | Chapter 7 |
| | : | |
| Debtor | : | Bankruptcy No: 24-14566 |

## CERTIFICATE OF SERVICE

I, Kymberlin Monserrate Lacosta, paralegal at Joseph T. Bambrick, Jr., Esquire, hereby certify that I served a true and correct copy of the Debtor's Motion for Reconsideration and Notice via the means specified below this 28TH of April 2025 to the following:

**CHAPTER 7 TRUSTEE**
Christine Shubert
**christine.shubert@bmstrustee.onmicrosoft.com**

**UNITED STATES TRUSTEE**
US Trustee's Office
Via ECF:
**USTPRegion03.PH.ECF@usdoj.gov**

**DEBTOR**
Kenneth and Michelle Imes
6561 Perkiomen Ave
Birdsboro PA, 19508

                                                                          _/s/Kymberlin Monserrate Lacosta_
                                                                          Kymberlin Monserrate Lacosta, Paralegal