# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **KENNETH IMES,** | : | **Chapter 7** |
| | : | |
| Debtor | : | Bankruptcy No: 24-14566 |

## ORDER

**AND NOW,** upon consideration of the Motion of the Debtor. It is **ORDERED** and **DECREED** that the Motion to Reconsider is **GRANTED.**

BY THE COURT:

_____
**Patricia Mayer,**
**UNITED STATES BANKRUPTCY JUDGE**