April 15, 2025

I Tylor Trego agree to contribute $1,000.00 per month in order to make bankruptcy payments if necessary.

I am employed by Benefits Now at a yearly salary of $82000.00

Signed: _____ Tylor Trego 4-23-2025

~~April 15, 2025~~

~~I Jonathon Trego, Contributor will contribute $500.00 (contribution every month to the Debtor and will~~ continue to make this contribution each month that the debtor remains in bankruptcy, which may be up to five years.

I am employed by Mid Atlantic Property Maintenance LLC at a yearly salary of $42,000.00

Signed by: _Jonathon Trego_ Jonathon Trego  4-20-25

