UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

KENNETH IMES AND MICHELLE IMES,    :    Chapter 7
:
Debtors    :    Bankruptcy No: 24-14566

## ORDER

**AND NOW,** upon consideration of the Motion of the Debtor. It is **ORDERED** and **DECREED** that the Motion to Reconsider is **GRANTED.**

BY THE COURT:

_____
**Patricia Mayer,**
**UNITED STATES BANKRUPTCY JUDGE**