*Form 242* (3/23)–doc 70 – 67

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Kenneth A. Imes Jr. ) | Case No. 24–14566–pmm |
| ) | |
| ) | |
|    Michelle L. Imes ) | Chapter: 7 |
| ) | |
|    Debtor(s). ) | |

## NOTICE OF INACCURATE FILING

Re: Doc.# [67] Certificate of Service

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☑ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☐ Other:

In order for this matter to proceed, please submit the above noted correction on or before May 14, 2025, otherwise, the matter will be referred to the Court.

Date: April 30, 2025

For The Court

Timothy B. McGrath
Clerk of Court