# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Kenneth Imes and Michelle Imes | : | Chapter 7 |
| | : | |
| Debtors | : | Case No.: 24-14566 |

## MOTION OF WITHDRAWAL TO CONVERT CASE TO CHAPTER 13

*COME NOW,* that the Debtors, Kenneth and Michelle Imes, by and through their counsel who filed this Motion to withdraw the Motion to Convert Case from Chapter 7 to Chapter 13, which was filed on April 28, 2025 and hereby avers that:

1. The Debtors have reconsidered and no longer wish to pursue conversion to Chapter 13. the Debtors respectfully request this Honorable Court to withdraw the Motion to Convert, and cancel the hearing scheduled for May 27th, 2025, at 11am.

**WHEREFORE,** the Debtors' Respectfully request that this Honorable Court permits withdrawal of the Motion to Convert to Chapter 13.

**Respectfully submitted by,**

Dated:  May 22, 2025

/s/Joseph Bambrick
**JOSEPH T. BAMBRICK JR, ESQUIRE
529 READING AVENUE
WEST READING PA  19611
Phone 610-372-6400
Fax 610-372-9483**