I, Kenneth Imes wish for Mr. Bambrick to withdraw the motion to convert to Chapter 13, filed with the bankruptcy court, I no longer wish to pursue this matter.

Date: May 22, 2025

Kenneth Imes