**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kenneth and Michelle Imes** | : | Chapter 7 |
| | : | |
| **Debtors** | : | Case No.: 24-14566 |

## CERTIFICATE OF SERVICE

I, Kymberlin Monserrate, Paralegal at Joseph T. Bambrick, Jr., Esquire hereby certifies that I mailed true and correct copies of the Notice to Withdraw to the parties via the means specified below this 22nd of May 2025.

**CHAPTER 7 TRUSTEE**
SHUBERT, CHRISTINE
Via ECF:
christine.shubert@bmstrustee.onmicrosoft.com

**UNITED STATES TRUSTEE**
US Trustee's Office
Via ECF:
USTPRegion03.PH.ECF@usdoj.gov

**DEBTOR**
Kenneth And Michelle Imes
6561 Perkiomen Ave
Birdsboro PA 19508

*Kymberlin Monserrate Lacosta*
Kymberlin Monserrate Lacosta