# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Kenneth and Michelle Imes | : | Chapter 7 |
| | : | |
| Debtors | : | Case No.: 24-14566 |

## ORDER

*AND NOW*, this 22nd day of May, 2025, upon the Debtors' Notice to Withdraw the Motion to convert to Chapter 13 filed on April 28, 2025 **ORDERED** and **DECREED** that the Motion is **WITHDRAWN** and Hearing scheduled on May 27th, 2025 at 11am is hereby **CANCELED**.

BY THE COURT:

_____
**Patricia M. Mayer,**
**U.S. BANKRTUPCY JUDGE**