IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| KENNETH A. IMES, JR.<br>and MICHELLE L. IMES | BANKRUPTCY NO. 24-14566 (PMM) |
| Debtors | |

## ORDER

**AND NOW,** upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), to Employ Asterion, Inc. ("Asterion") as Accountants Pursuant to 11 U.S.C. § 327 and Fed. R. Banla. P. 2014 (the "Application"), and the Court being satisfied that Asterion has no interest adverse to the Debtors or the Debtors' estate with respect to the matters for which it is to be employed, and further that Asterion's retention is in the best interest of the creditors, it is hereby **ORDERED** that:

1. The Trustee is authorized to employ Asterion as accountants for the purpose of providing the services as described in the Application and upon the terms and conditions therein set forth.

2. Asterion shall be entitled to be compensated for its services at the rates set forth in the Application and exhibit, as well as reimbursement of out of pocket expenses.

3. Asterion's fees are subject to and conditioned upon the approval of this Court pursuant to 11 U.S.C. § 330 and in accordance with *In Re Busy Beaver Building Centers, Inc.,* 19 F. 3d 833 (3rd Cir. 1994).

**BY THE COURT:**

Dated: 8/28/25

*Patricia M. Mayer*
PATRICIA M. MAYER,
U.S. BANKRUPTCY JUDGE