United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 24-14566-pmm |
|---|---|
| Kenneth A. Imes, Jr. | Chapter 7 |
| Michelle L. Imes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 28, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth A. Imes, Jr., Michelle L. Imes, 6561 Perkiomen Avenue, Birdsboro, PA 19508-9120 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Kenneth A. Imes Jr. christine.jtblaw@gmail.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Joint Debtor Michelle L. Imes christine.jtblaw@gmail.com |
| ROBERT W. SEITZER | |

on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **CHAPTER 7** |
| **KENNETH A. IMES, JR.** <br> **and MICHELLE L. IMES** | **BANKRUPTCY NO. 24-14566 (PMM)** |
| **Debtors** | |

**ORDER**

**AND NOW,** upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), to Employ Asterion, Inc. ("Asterion") as Accountants Pursuant to 11 U.S.C. § 327 and Fed. R. Banla. P. 2014 (the "Application"), and the Court being satisfied that Asterion has no interest adverse to the Debtors or the Debtors' estate with respect to the matters for which it is to be employed, and further that Asterion's retention is in the best interest of the creditors, it is hereby **ORDERED** that:

1. The Trustee is authorized to employ Asterion as accountants for the purpose of providing the services as described in the Application and upon the terms and conditions therein set forth.

2. Asterion shall be entitled to be compensated for its services at the rates set forth in the Application and exhibit, as well as reimbursement of out of pocket expenses.

3. Asterion's fees are subject to and conditioned upon the approval of this Court pursuant to 11 U.S.C. § 330 and in accordance with *In Re Busy Beaver Building Centers, Inc.,* 19 F. 3d 833 (3rd Cir. 1994).

**BY THE COURT:**

Dated: 8/28/25

*Patricia M. Mayer*
PATRICIA M. MAYER,
U.S. BANKRUPTCY JUDGE