IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| | : | |
| KENNETH A. IMES, JR. | : | BANKRUPTCY NO. 24-14566 (PMM) |
| and MICHELLE L. IMES | : | |
| | : | |
| Debtors | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order Authorizing Payment of Post-Petition Taxes to the Pennsylvania Department of Revenue (the "Motion"), and sufficient cause being shown; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to pay the sum of $1,627.00 to the Pennsylvania Department of Revenue.

Date: **October 6, 2025**

BY THE COURT:

*Patricia M. Mayer*
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE