United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14566-pmm |
| Kenneth A. Imes, Jr. | Chapter 7 |
| Michelle L. Imes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 06, 2025 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth A. Imes, Jr., Michelle L. Imes, 6561 Perkiomen Avenue, Birdsboro, PA 19508-9120 |
| acc | + | Asterion, Inc., 1617 JFK Boulevard, Suite 1040, Philadelphia, PA 19103-1810 |
| br | + | RE/MAX Of Reading, 1290 Broadcasting Road, Wyomissing, PA 19610-3203 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 07 2025 00:28:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 07 2025 00:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 08, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 06, 2025 | Form ID: pdf900 | Total Noticed: 5 |

CHRISTINE C. SHUBERT
    christine.shubert@comcast.net  J100@ecfcbis.com

DENISE ELIZABETH CARLON
    on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com

JOSEPH T. BAMBRICK, JR.
    on behalf of Joint Debtor Michelle L. Imes christine.jtblaw@gmail.com

JOSEPH T. BAMBRICK, JR.
    on behalf of Debtor Kenneth A. Imes  Jr. christine.jtblaw@gmail.com

ROBERT W. SEITZER
    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| KENNETH A. IMES, JR. | : | BANKRUPTCY NO. 24-14566 (PMM) |
| and MICHELLE L. IMES | : | |
| | : | |
| Debtors | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order Authorizing Payment of Post-Petition Taxes to the Pennsylvania Department of Revenue (the "Motion"), and sufficient cause being shown; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to pay the sum of $1,627.00 to the Pennsylvania Department of Revenue.

BY THE COURT:

Date: **October 6, 2025**

/s/ Patricia M. Mayer

PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE