*Form 238* (3/23)–doc

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Kenneth A. Imes Jr. | ) | Case No. 24–14566–pmm |
| | ) | |
| | ) | |
|    Michelle L. Imes | ) | Chapter: 7 |
| | ) | |
|    Debtor(s). | ) | |

## CERTIFICATION OF COSTS

The sum of $0.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 or Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19601 on or before .

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Adversary Complaints | N/A | 0.00 |
| Motion to Convert | N/A | 0.00 |
| Motion to Reopen | N/A | 0.00 |
| | TOTAL: | $0.00 |

Date: November 4, 2025

For The Court

Mohung Wong
Clerk of Court