IN
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| | : | |
| KENNETH A. IMES, JR. | : | BANKRUPTCY NO. 24-14566 (PMM) |
| and MICHELLE L. IMES | : | |
| | : | |
| Debtors | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the First and Final Fee Application of Asterion, Inc. (the "Applicant") for Compensation and Reimbursement of Expenses, as Accountants to the Trustee, for the period August 15, 2025 through September 18, 2025 (the "Application"), it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. The Applicant is allowed compensation in the amount of $3,182.50 for services rendered and $301.43 for reimbursement of expenses for a total of $3,483.93.

3. The amount awarded herein is hereby made final.

BY THE COURT:

/Patricia M. Mayer/
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE

Dated: 12/3/25