United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kenneth A. Imes, Jr.  
Michelle L. Imes  
    Debtors

Case No. 24-14566-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Dec 10, 2025      Form ID: pdf901      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth A. Imes, Jr., Michelle L. Imes, 6561 Perkiomen Avenue, Birdsboro, PA 19508-9120 |
| aty | + | Karalis PC, 1900 Spruce Street, Philadelphia, PA 19103-6605 |
| acc | + | Asterion, Inc., 1617 JFK Boulevard, Suite 1040, Philadelphia, PA 19103-1810 |
| br | + | RE/MAX Of Reading, 1290 Broadcasting Road, Wyomissing, PA 19610-3203 |
| 14962901 | + | Ed and Maria Satiro, PO Box 431, Birdsboro, PA 19508-0431 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14962899 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 11 2025 00:36:00 | Citizens Bank, PO Box 42010, Providence, RI 02940-2010 |
| 14962897 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 11 2025 00:43:47 | Chase Bank, PO Box 15123, Wilmington, DE 19850-5123 |
| 14962898 | + | Email/Text: bknotice@raslavrar.com | Dec 11 2025 00:36:00 | Citibank, c/o RAS LaVrar, LLC, 425 Commerce Drive Suite 150, Fort Washington, PA 19034-2727 |
| 15002589 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2025 00:43:45 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14962900 | | Email/Text: bankruptcy@diamondcu.com | Dec 11 2025 00:36:00 | Diamond Credit Union, 1600 Medical Dr., Pottstown, PA 19464 |
| 14962903 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 11 2025 00:36:00 | IC Systems Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14981595 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 11 2025 00:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14974704 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2025 00:43:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14962904 | ^ | MEBN | Dec 11 2025 00:31:17 | Loan Depot, PO Box 3004, Monroe, WI 53566-8304 |
| 14962905 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 11 2025 00:36:00 | Nelnet, PO BOX 82561, Lincoln, NE 68501-2561 |
| 15001093 | | Email/Text: bnc-quantum@quantum3group.com | Dec 11 2025 00:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14962906 | + | Email/Text: ngisupport@radiusgs.com | Dec 11 2025 00:36:00 | Radius Global, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14962907 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 00:43:48 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 15004227 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Case 24-14566-pmm   Doc 111   Filed 12/12/25   Entered 12/13/25 00:37:42   Desc
Imaged Certificate of Notice   Page 2 of 8

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: pdf901 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 11 2025 00:43:44 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14977083 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 11 2025 00:36:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14991578 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 11 2025 00:43:44 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14964376 | ^ | MEBN | Dec 11 2025 00:30:53 | loanDepot.com, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14962895 | | Achieve |
| 14962896 | | Bankers Healthcare Group |
| 14962902 | | Freedom Plus |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Joint Debtor Michelle L. Imes christine.jtblaw@gmail.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Kenneth A. Imes Jr. christine.jtblaw@gmail.com |
| ROBERT W. SEITZER | on behalf of Accountant Asterion Inc. rseitzer@karalislaw.com, jhysley@karalislaw.com;PA93@ecfcbis.com |
| ROBERT W. SEITZER | on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |
| ROBERT W. SEITZER | |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: pdf901 | Total Noticed: 22 |

on behalf of Attorney Karalis PC rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Reading DIVISION

In re: KENNETH A. IMES, JR. § Case No. 24-14566-PMM
   MICHELLE L. IMES §
              §
              §
   Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Christine C. Shubert, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 01/06/2026 in Courtroom 4th Floor Courtoom, United States Bankruptcy Court Courthouse, The Gateway Building, 201 Penn Street, Reading, PA 19601. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/09/2025        By: /s/ CHRISTINE C. SHUBERT
                              Trustee

Christine C. Shubert
821 Wesley Ave
Ocean City, NJ 08226
(609) 923-7184

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Reading DIVISION**

| | | |
|---|---|---|
| In re: KENNETH A. IMES, JR. | § | Case No. 24-14566-PMM |
| MICHELLE L. IMES | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 163,300.00 |
| *and approved disbursements of:* | $ | 111,575.39 |
| *leaving a balance on hand of[1]:* | $ | 51,724.61 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Diamond Credit Union | 9,107.54 | 0.00 | 0.00 | 0.00 |
| 4 | JPMorgan Chase Bank, N.A. | 11,686.49 | 11,686.49 | 11,686.49 | 0.00 |

Total to be paid to secured creditors:     $            0.00
Remaining balance:                         $       51,724.61

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Christine C. Shubert | 10,643.75 | 0.00 | 10,643.75 |
| Trustee, Expenses - Christine C. Shubert | 112.45 | 0.00 | 112.45 |
| Other State or Local Taxes (post-petition) - Other State and Local Taxes | 1,346.61 | 1,346.61 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Karalis, PC | 14,860.50 | 0.00 | 14,860.50 |
| Attorney for Trustee Expenses (Other Firm) - Karalis, PC | 408.29 | 0.00 | 408.29 |
| Accountant for Trustee Fees (Other Firm) - ASTERION. INC | 3,182.50 | 0.00 | 3,182.50 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Professional's Expenses - ASTERION. INC | 301.43 | 0.00 | 301.43 |

Total to be paid for chapter 7 administrative expenses: $ 29,508.92
Remaining balance: $ 22,215.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 22,215.69

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 22,215.69

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $24,230.67 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 91.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | LVNV Funding, LLC | 641.89 | 0.00 | 588.51 |
| 3 | US Department of Education c/o Nelnet | 7,464.74 | 0.00 | 6,843.99 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Verizon | 520.22 | 0.00 | 476.96 |
| 6 | Quantum3 Group LLC as agent for | 1,355.88 | 0.00 | 1,243.13 |
| 7 | Citibank N.A. | 11,106.44 | 0.00 | 10,182.85 |
| 8 | Synchrony Bank | 3,141.50 | 0.00 | 2,880.25 |

Total to be paid for timely general unsecured claims:   $   22,215.69
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/ CHRISTINE C. SHUBERT
Trustee

Christine C. Shubert
821 Wesley Ave
Ocean City, NJ 08226
(609) 923-7184

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**