UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KENNETH IMES<br>MICHELLE IMES<br><br>　　　　　Debtor(s) | Chapter 7<br><br>Case No. 24-14566-PMM |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSE

AND NOW, this ___5th___ day of __January_____ 2026___, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $10,643.75 is reasonable compensation for the services in this case by CHRISTINE C. SHUBERT, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $112.45 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

BY THE COURT

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
United States Bankruptcy Judge