IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

KENNETH IMES
MICHELLE IMES

Debtor(s)

Chapter 7

Bankruptcy No. 24-14566-PMM

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this 5th day of January 2026, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_____
PATRICIA M. MAYER
United States Bankruptcy Judge